1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                     UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )   No. 3-05-70674 BZ
13                                  )
           Plaintiff,                )
14                                  )   [PROPOSED] ORDER AND NOTICE OF
       v.                           )   DISMISSAL AS TO LEMAR DONTAY
15                                  )   McCALL *ONLY*
   FRANK TYRAN CLARK, LARRY CARL    )
16 LLOYD, LEMAR DONTAY McCALL and   )
   LARRY McGEE                      )
17                                  )
           Defendants.              )
18 _____ )   (San Francisco Venue)
19

20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the above complaint as to Defendant

22
23 Lemar Dontay McCall without prejudice, and moves that the Court quash the warrant

24 ///
25 ///
26 ///
27
28

   NOTICE OF DISMISSAL
   3-05-70674 BZ

for the arrest of Defendant McCall that was issued in connection with the complaint in this case.

DATED: September 7, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney


_____/s/_____
TRACIE L. BROWN
Assistant U.S. Attorney


Leave is granted to the government to dismiss the complaint. It is further ordered that the arrest warrant issued in connection with the complaint is quashed.

SO ORDERED.

Date: September 9, 2005

_____
The Hon. Joseph C. Spero
United States Magistrate Judge

NOTICE OF DISMISSAL
3-05-70674 BZ                           2